UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | }<br>}<br>} |
| vs. | } CASE NO.: 23-MJ-4112-MWP<br>} |
| NAMON BROWN,<br>  DEFENDANT. | }<br>}<br>} |

## RESPONSE TO GOVERNMENT'S MOTION FOR THE DETERMINATION OF A CONFLICT OF INTEREST

Michael P. Schiano, Esq., respectfully submits the following in response to the Government's Motion for the Determination of a Conflict of Interest.

1. It has recently come to my attention that there is a potential conflict regarding my representation of the Defendant, Namon Brown.

2. The Government has indicated that the conflict might become actual.

3. I have explained the conflict to my client. My client has indicated that at this point, he is willing to waive that conflict.

4. I do not know, and I have not been informed by the Government, as to whether or not my former client (referred to as Confidential Source 1) is waiving the conflict.

Dated: November 19, 2024

Respectfully submitted,

Michael P. Schiano, Esq.
Attorney for the Defendant NAMON BROWN
NYS Bar No. 2269686
One East Main St., Suite 315
Rochester, NY 14614
Tel: (585) 546-7150

TO:   Matthew T. McGrath, Esq.
      Assistant United States Attorney
      Western District of New York
      100 State Street, 5th Floor
      Rochester, NY 14614
      Tel: (585-399-3965