# IN THE DISTRICT COURT OF THE UNITED STATES
## for the Western District of New York

_____

|  |  |
|---|---|
| | **APRIL 2024 GRAND JURY**<br>**(Impaneled April 30, 2024)** |
| **THE UNITED STATES OF AMERICA** | **INDICTMENT** |
| -vs- | **Violations:**<br>21 U.S.C. §§ 841(a)(1), 846, and 856(a)(1)<br>18 U.S.C. §§ 924(c)(1)(A)(i), 924(c)(1)(B)(ii) and 2 |
| **NAMON BROWN a/k/a Big Baby** | (9 Counts and 1 Forfeiture Allegation) |

### COUNT 1

**(Narcotics Conspiracy)**

**The Grand Jury Charges That:**

Beginning in or about October 2022, the exact date being unknown to the Grand Jury, and continuing until on or about June 22, 2023, in the Western District of New York, the defendant, **NAMON BROWN a/k/a Big Baby**, did knowingly and intentionally combine, conspire, and agree with others, known and unknown to the Grand Jury, to commit the following offense, that is, to possess with intent to distribute, and to distribute, five (5) kilograms or more of a mixture and substance containing cocaine, a Schedule II controlled substance; 280 grams or more of a mixture and substance containing cocaine base, a Schedule II controlled substance; fentanyl, a Schedule II controlled substance; and 4-anilino-N-phenethyl-4-piperidine (ANPP), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 841(b)(1)(C).

**All in violation of Title 21, United States Code, Section 846**.

## COUNT 2

**(Maintaining a Drug-Involved Premises)**

**The Grand Jury Further Charges That:**

Beginning in or about October 2022, the exact date being unknown to the Grand Jury, and continuing until on or about June 22, 2023, in the Western District of New York, the defendant, **NAMON BROWN a/k/a Big Baby**, did unlawfully and knowingly use and maintain a place, that is, the premises at 79 Bloss Street, Rochester, New York, for the purposes of manufacturing, distributing, and using fentanyl, a Schedule II controlled substance; 4-anilino-N-phenethyl-4-piperidine (ANPP), a Schedule II controlled substance; and cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 856(a)(1), and Title 18, United States Code, Section 2.

## COUNT 3

**(Possession of Fentanyl and ANPP with Intent to Distribute)**

**The Grand Jury Further Charges That:**

On or about February 15, 2023, at 79 Bloss Street, Rochester, New York, in the Western District of New York, the defendant, **NAMON BROWN a/k/a Big Baby**, did knowingly and intentionally possess with intent to distribute fentanyl and 4-anilino-N-phenethyl-4-piperidine (ANPP), both Schedule II controlled substances.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 4

**(Possession of Cocaine with Intent to Distribute)**

**The Grand Jury Further Charges That:**

On or about June 22, 2023, at 280 East Broad Street, Apartment No. 901, Rochester, New York, in the Western District of New York, the defendant, **NAMON BROWN a/k/a Big Baby**, did knowingly and intentionally possess with intent to distribute cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 5

**(Maintaining a Drug-Involved Premises)**

**The Grand Jury Further Charges That:**

Beginning in or about October 2022, the exact date being unknown to the Grand Jury, and continuing until on or about June 22, 2023, in the Western District of New York, the defendant, **NAMON BROWN a/k/a Big Baby**, did unlawfully and knowingly use and maintain a place, that is, the premises at 55 Murray Street, Rochester, New York, for the purposes of manufacturing, distributing, and using fentanyl, a Schedule II controlled substance; 4-anilino-N-phenethyl-4-piperidine (ANPP), a Schedule II controlled substance; and cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 856(a)(1), and Title 18, United States Code, Section 2.

## COUNT 6

**(Possession of Fentanyl and ANPP with Intent to Distribute)**

**The Grand Jury Further Charges That:**

On or about June 22, 2023, at 55 Murray Street, Rochester, New York, in the Western District of New York, the defendant, **NAMON BROWN a/k/a Big Baby**, did knowingly and intentionally possess with intent to distribute fentanyl and 4-anilino-N-phenethyl-4-piperidine (ANPP), both Schedule II controlled substances.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 7

**(Possession of Cocaine with Intent to Distribute)**

**The Grand Jury Further Charges That:**

On or about June 22, 2023, at 55 Murray Street, Rochester, New York, in the Western District of New York, the defendant, **NAMON BROWN a/k/a Big Baby**, did knowingly and intentionally possess with intent to distribute cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 8

**(Possession of Firearm in Furtherance of a Drug Trafficking Crime)**

**The Grand Jury Further Charges That:**

On or about June 22, 2023, in the Western District of New York, the defendant, **NAMON BROWN a/k/a Big Baby**, in furtherance of drug trafficking crimes for which he may be prosecuted in a court of the United States, that is, violations of Title 21, United States Code, Sections 846, 856(a)(1), and 841(a)(1), committed in the manner set forth in Counts 1, 5, 6, and 7 of this Indictment, the allegations of which are incorporated herein by reference, did knowingly possess a firearm.

**All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.**

## COUNT 9

**(Possession of a Machinegun in Furtherance of a Drug Trafficking Crime)**

**The Grand Jury Further Charges That:**

On or about June 22, 2023, in the Western District of New York, the defendant, **NAMON BROWN a/k/a Big Baby**, in furtherance of drug trafficking crimes for which he may be prosecuted in a court of the United States, that is, violations of Title 21, United States Code, Sections 846, 856(a)(1), and 841(a)(1), committed in the manner set forth in Counts 1, 5, 6, and 7 of this Indictment, the allegations of which are incorporated herein by reference, did knowingly possess a machinegun.

**All in violation of Title 18, United States Code, Sections 924(c)(1)(B)(ii) and 2.**

## ALLEGATION OF PRIOR CONVICTION FOR SERIOUS VIOLENT FELONY

### The Grand Jury Alleges That:

Before the defendant **NAMON BROWN a/k/a Big Baby** committed the offense charged in Count 1 of this Indictment, the defendant had a final conviction for a serious violent felony, that is, violation of New York Penal Law Section 160.15(4), for which the defendant served more than 12 months of imprisonment.

## FORFEITURE ALLEGATION

### The Grand Jury Alleges That:

Upon conviction of any and all Counts of this Indictment, the defendant, **NAMON BROWN a/k/a Big Baby,** shall forfeit to the United States, all his right, title, and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violations and/or any and all property used, and intended to be used, in any manner or part, to commit or to facilitate the commission of said violations.

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    (a)    cannot be located upon the exercise of due diligence,

    (b)    has been transferred or sold to, or deposited with, a third person,

    (c)    has been placed beyond the jurisdiction of the Court,

    (d)    has been substantially diminished in value, or

    (e)    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

**All pursuant to Title 21, United States Code, Sections 853(a)(1), 853(a)(2), and 853(p).**

DATED: Rochester, New York, March 27, 2025

                MICHAEL DIGIACOMO
                United States Attorney

BY:  s/MATTHEW T. McGRATH
      Assistant United States Attorney
      United States Attorney's Office
      Western District of New York
      100 State Street, Suite 500
      Rochester, New York 14614
      (585) 399-3965
      matthew.mcgrath@usdoj.gov

A TRUE BILL:

s/FOREPERSON